UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff      )<br>                            )<br>vs.                       )<br>Faustino Carrillo-<br>        Defendant(s) Guzman )| CRIMINAL NO. 08mj73<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

ELSA CATALINA Reynoso-Sanchez

DATED: 1/24/08

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
     Deputy Clerk