# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
       )
      Plaintiff   )   CRIMINAL NO. _08mj 73_____
       )
       )      ORDER
    vs.      )
       )   RELEASING MATERIAL WITNESS
Faustino Carrillo-   )
       )
      Guzman )   Booking No.
   Defendant(s)   )
_____)

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Candelario Barajas-Garcia

DATED: __1/24/08_____

**LOUISA S. PORTER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____      **OR**
     **DUSM**

       **W. SAMUEL HAMRICK, JR.** Clerk

       **by**
       **Deputy Clerk**